```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -  X
                               :
UNITED STATES OF AMERICA       :   INFORMATION
                               :
          - v. -               :   20 Cr.
                               :
DANIEL SPIEGELMAN,             :
     a/k/a "Daniel Spiegelmann,":
     a/k/a "Craig Wallace,"    :
     a/k/a "Mark Sher,"        :
     a/k/a "David Toresen,"    :
     a/k/a "Marc Sher,"        :
     a/k/a "Andrew Minkovski," :
     a/k/a "Nathaniel Toresen,":
     a/k/a "Daniel Kikabidze," :
                               :
                    Defendant. :
- - - - - - - - - - - - - - -  X
```

20 CRIM 609

## COUNT ONE

### (Escape)

The Acting United States Attorney charges:

On or about October 4, 2012, in the Southern District of New York, DANIEL SPIEGELMAN, a/k/a "Daniel Spiegelmann," a/k/a "Craig Wallace," a/k/a "Mark Sher," a/k/a "David Toresen," a/k/a "Marc Sher," a/k/a "Andrew Minkovski," a/k/a "Nathaniel Toresen," a/k/a "Daniel Kikabidze," the defendant, knowingly did escape and attempt to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court, judge, and magistrate judge, and

from the custody of an officer and employee of the United States pursuant to lawful arrest, which custody and confinement was by virtue of a conviction of an offense, to wit, SPIEGELMAN, while in the custody of the Bronx Residential Re-Entry Center ("Bronx RRC") located at 2534 Creston Avenue in the Bronx, New York, following a conviction in the United States District Court for the Southern District of New York for bank fraud, in violation of 18 U.S.C. §§ 1344 and 2, aggravated identity theft, in violation of 18 U.S.C. § 1028A, and possession of five or more identification documents and false identification documents, in violation of 18 U.S.C. § 1028(a)(3), left the Bronx RRC without authorization and failed to return.

(Title 18, United States Code, Sections 751(a) and 4082(a).)

*Audrey Strauss*
AUDREY STRAUSS
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**DANIEL SPIEGELMAN,**

Defendant.

---

**INDICTMENT**

20 Cr.

(18 U.S.C. §§ 751(a) and 4082(a).)

AUDREY STRAUSS
Acting United States Attorney