```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                  :
:
    -v-                                    :      20-CR-609 (JPC)
:
DANIEL SPIEGELMAN,                         :      ORDER
:
                    Defendant.             :
:
------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

The Sentencing scheduled for February 15, 2021, at 11:00 a.m. is hereby adjourned to February 16, 2021, at 11:00 a.m.

SO ORDERED.

Dated: November 16, 2020
       New York, New York                  _____
                                                    JOHN P. CRONAN
                                              United States District Judge