**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 19, 2021

**BY ECF AND EMAIL**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

**Re:     United States v. Daniel Spiegelman**
         **20 Cr. 609 (JPC)**

Dear Judge Cronin,

    I respectfully write on behalf of my client, Daniel Spiegelman, to request that his sentencing hearing scheduled for February 16, 2021 at 11:00 AM, be conducted remotely, either by phone or video conference. I have spoken with Mitzi Steiner, Esq., on behalf of the Government, and she consents to this request.

    We believe that a remote sentencing procedure is consistent with the CARES Act and warranted in light of the growing threat of COVID-19. Mr. Spiegelman is currently serving the remainder of his sentence on the underlying Escape charge. If he were to personally appear in court, he would be mandated to quarantine for 14 days upon his return to MCC, which he hopes to avoid. At sentencing, we anticipate requesting a sentence of Time Served based on the nature of the charges and Mr. Spiegelman's 3553(a) factors. This would not result in his release, as he continues to complete his underlying sentence.

                                Respectfully submitted,
                                  /S/
                                Robert M. Baum
                                Assistant Federal Defender

cc:   Mitzi Steiner, Esq.
      Assistant United States Attorney