UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                :

             -v-                                  :          20 Cr. 609 (JPC)

DANIEL SPIEGELMAN,                  :          <u>ORDER</u>

                    Defendant.          :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On January 19, 2021, Defendant Daniel Spiegelman filed a letter with the Court requesting that his sentencing hearing scheduled for February 16, 2021, at 11:00 a.m. proceed remotely, either by phone or video conference. (Dkt. 11). Defendant asserts that under his particular circumstances, "a remote sentencing procedure is consistent with the CARES Act and warranted in light of the growing threat of COVID-19," and represents that the Government consents to this request. (*Id.*). The Court will conduct the February 16, 2021 proceeding via video conference and will make any necessary findings on the record to determine whether the sentencing can proceed remotely consistent with the CARES Act.

       SO ORDERED.

Dated: January 21, 2021
       New York, New York                                JOHN P. CRONAN
                                                                            United States District Judge