```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                  :
UNITED STATES OF AMERICA                          :
                                                  :
        -v-                                       :
                                                  :               20 Cr. 609 (JPC)
DANIEL SPIEGELMAN.,                               :
                                                  :                   ORDER
                        Defendant.                :
                                                  :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 4, 2022, the Court received a letter requesting compassionate release from Defendant. Dkt. 23. The United States shall respond by February 25, 2022, and Defendant shall reply, if at all, by March 4, 2022. The Clerk of Court is respectfully directed to mail this Order to Defendant at the return address listed at Dkt. 23. The United States shall serve its opposition on Defendant at the same address.

SO ORDERED.

Dated: February 7, 2022
      New York, New York

                                              JOHN P. CRONAN
                                       United States District Judge