```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
        -v-                                                            :
                                                                       :        20 Cr. 609 (JPC)
DANIEL SPIEGELMAN.,                                                    :
                                                                       :            ORDER
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 5, 2022, the Court received a letter requesting compassionate release from Defendant. Dkt. 27. The United States shall respond by July 19, 2022, and Defendant shall reply, if at all, by July 26, 2022. The Clerk of Court is respectfully directed to mail this Order to Defendant at the return address listed at Dkt. 27. The United States shall serve its opposition on Defendant at the same address.

SO ORDERED.

Dated: July 6, 2022
       New York, New York                                  _____
                                                                    JOHN P. CRONAN
                                                              United States District Judge