UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
      :
UNITED STATES OF AMERICA      :
      :
   -v-      :
      :   20 Cr. 609 (JPC)
DANIEL SPIEGELMAN,      :
      :   ORDER
         Defendant.      :
      :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On November 7, 2022, the Court received a letter from Defendant requesting permission to travel to Russia during his term of supervised release for the purposes of renouncing his United States citizenship. Dkt. 31. Based on the further briefing submitted by the Government and by Defendant, *see* Dkts. 33-34, the Court believes that this request raises sufficiently substantial legal questions for Defendant to benefit from the assistance of counsel. The Court has been informed, however, that Defendant's primary counsel in his underlying criminal proceeding, Robert M. Baum, is no longer with the Federal Defenders of New York. The Court therefore relieves Mr. Baum as counsel for Defendant and in his place appoints CJA counsel John Zach as counsel for Defendant in connection with his request for permission to travel abroad. The United States Probation Office is respectfully directed to advise Defendant concerning the appointment of new counsel. The Clerk of Court is respectfully directed to terminate Robert M. Baum and Ian Howard Marcus Amelkin of the Federal Defenders as counsel of record for Defendant, and to appoint John Zach as CJA counsel for Defendant.

   SO ORDERED. Dated:

     January 20, 2023
     New York, New York           _____
                                                  JOHN P. CRONAN
                                           United States District Judge