```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
          -v-                                                           :
                                                                        :       20 Cr. 609 (JPC)
DANIEL SPIEGELMAN,                                                      :
                                                                        :          ORDER
                              Defendant.                                :
                                                                        :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On the evening of Friday, February 10, 2023, the United States Probation Office for the Southern District of New York informed the Court that earlier that day Defendant Daniel Spiegeman, a/k/a Daniel Kikabidze, had submitted an expedited application for a U.S. Passport to the Department of State, and that in connection with that application he had submitted a travel reservation for a trip to Frankfurt, Germany on Delta Airlines, departing February 14, 2023 and returning February 24, 2023. The Probation Office further has informed the Court that Mr. Kikabidze was scheduled to return to the Passport Office at 2:00 p.m. today, February 13, 2023.

Mr. Kikabidze is reminded that the Judgment issued in his case sentenced him to a three-year term of supervised release, Dkt. 18, and that he is also serving a concurrent three-year term of supervised release in *United States v. Spiegelman*, 10 Cr. 339 (JPC) (S.D.N.Y.). The terms of supervised release in both cases include, among the standard conditions of supervision, the requirement that "[y]ou must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer." Dkt. 18 at 4; *United States v. Spiegelman*, 10 Cr. 339 (S.D.N.Y. Dec. 13, 2010), ECF 13 at 3. While Mr. Kikabidze's request seeking permission to travel to Russia remains pending, Dkt. 31, it has not been granted. Nor has Mr. Kikabidze sought, let alone obtained, permission to travel to Germany.

Consequently, Mr. Kikabidze is advised that departing the United States on his scheduled flight tomorrow, which would necessarily involve leaving the Southern District of New York without permission from the Court or the Probation Office, would place him in violation of his conditions of supervised release.

    SO ORDERED.

Dated: February 13, 2023  
       New York, New York

                                          JOHN P. CRONAN  
                                         United States District Judge