# LAW OFFICES OF
# DANIEL A. McGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

August 15, 2023

<u>VIA ECF</u>

Hon. John P. Cronan
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re: *United States v. Daniel Spiegelman*, 20-cr-609(JPC)

Dear Judge Cronan,

      I represent Daniel Spiegelman in the above-captioned. I write to request a 60-day adjournment of the hearing scheduled for August 16, 2023 in this matter to the week of October 16, 2023 or other time that is convenient for the Court. This request is made jointly with the government. Both parties agree that the matter would benefit from additional time for discussions to continue. The parties remain available to appear should the Court deem it necessary.

      I thank the Court for its attention to this matter.

                                                         Sincerely,

                                                         Daniel A. McGuinness

Cc:    All counsel (via ECF)
          Daniel Spiegelman (via email)

The request is granted. The hearing scheduled for August 16, 2023 is adjourned to October 18, 2023 at 11:00 a.m. in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007 in Courtroom 12D.

SO ORDERED
Date: August 15, 2023
New York, New York

                                              _____
                                                  JOHN P. CRONAN
                                          United States District Judge