UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA            :

       -v-                             :

                                        :          20 Cr. 609 (JPC)

DANIEL SPIEGELMAN,             :

                                        :             ORDER

                 Defendant.          :

                                        :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On August 30, 2023, the Court received a letter, dated August 25, 2023, from Defendant. Among other things, Defendant's letter requests that he be appointed new counsel. Because Defendant's letter also appears to describe privileged communications with his current attorney, and attaches a transcript of what purports to be a conversation with his attorney, that letter will not be filed on the public docket. Any request for a change of counsel will be addressed at the status conference scheduled for October 18, 2023. *See* Dkt. 54. In the interim, Defendant's letter will remain sealed with the Court. Defendant's counsel is directed to provide a copy of this Order to Defendant.

       SO ORDERED.

Dated: August 30, 2023
       New York, New York                            JOHN P. CRONAN
                                           United States District Judge