UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

DANIEL SPIEGELMAN.,

Defendant.

--------------------------------------------------------------------X

20 Cr. 609 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On September 3, 2026, Defendant moved for early termination of his supervised release. Dkt. 61. By September 17, 2026, the Government shall file a letter conveying pretrial services' position with respect to Defendant's request for early termination. By October 1, 2026, the Government shall also file its response to Defendant's motion, and by October 15, 2026, Defendant shall file his reply (if necessary).

SO ORDERED. Dated:

September 4, 2026
New York, New York

JOHN P. CRONAN
United States District Judge